## Teteris Unemployment Compensation Case.

Argued March 19, 1969. *Michael J. Rutenberg,* with him *Rutenberg, Rutenberg, Rutenberg and Rutenberg,* for claimant, appellant; *Sydney Reuben,* Assistant Attorney General, with him *William C. Sennett,* Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.

## Thomas *v.* Pasquale, Appellant.

Before SMILLIE, J.

Argued March 17, 1969. *James R. Caiola,* for appellant; *Rubin Mogul,* for appellee.

Judgment affirmed.